**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 25-CV-62518-MIDDLEBROOKS

ALICIA ARMAS,
individually and on behalf of all others
similarly situated,

Plaintiff,

v.

PELOTON INTERACTIVE, INC.,

Defendant.

_______________________________/

**ORDER OF TRANSFER**

THIS CAUSE comes before the Court *sua sponte*. It appears that good cause exists to transfer this case pursuant to Local Rule 3.8 and Section 2.15.00 of the Court's Internal Operating Procedures due to the lower-numbered case 0:25-cv-61310-AHS involving subject matter which is a material part of the subject matter of this instant action. Subject to the consent of the Honorable Judge Raag Singhal, it is hereby

**ORDERED AND ADJUDGED** that the above-styled matter is transferred to the calendar of the Honorable Judge Raag Singhal for all further proceedings.

**SIGNED** at Chambers, in West Palm Beach, Florida, this 7th day of January, 2026.

Donald M. Middlebrooks
United States District Judge

After reviewing the Court file in the above-numbered cause, the undersigned hereby accepts the transfer of said case. Therefore, it is

**ORDERED AND ADJUDGED** that all pleadings hereinafter filed shall bear the following case number 0:25-cv-61310-AHS, thereby indicating the Judge to whom all pleadings shall be routed or otherwise brought for attention.

**THE FOREGOING** transfer is herewith accepted this 7th day of January, 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

cc.

Counsel of Record